UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| KIM LEE SCHUYLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:19-cv-00302-GNS-CHL |
| | ) |
| AMERICAN UNITED LIFE INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

Comes now Defendant, American United Life Insurance Company, by counsel, and notifies the Court that the parties have recently reached a settlement of this matter and request that any pending deadlines be cancelled or stayed. The parties are finalizing the settlement and anticipate filing a Stipulation of Dismissal within thirty (30) days.

Respectfully submitted,

OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.

By: */s/ Tina M. Bengs*
Tina M. Bengs
Admitted *pro hac vice*
56 S. Washington St., Suite 302
Valparaiso, IN 46383
Ph.: (219) 242-8664
Fax: (219) 242-8669
Tina.bengs@ogletree.com

Kevin Roberts, KY Bar No. 96835
111 Monument Circle, Suite 4600
Indianapolis, IN 46204
Ph.: (317) 916-1300
Fax: (317) 916-9076
kevin.roberts@ogletree.com

ATTORNEYS FOR DEFENDANT

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing *NOTICE OF SETTLEMENT* was filed electronically on October 4, 2019 and that service of same on all counsel of record will be made by the Court's CM/ECF system as follows:

>  Robert A. Florio
>  raflorioatty@hotmail.com

I further certify that service was made on the following non-registered ECF counsel of record by placing copies of the foregoing *NOTICE OF SETTLEMENT* in envelopes properly addressed to them and with sufficient first-class postage pre-paid:

>  None

>  */s/ Tina M. Bengs*
>  Tina M. Bengs